UNITED STATES DISTRICT COURT

DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED JUN 21 2022
CAROL L. MICHEL
CLERK

UNITED STATES OF AMERICA, )
V. ) CASE No.:
TREVOR WILLIAMS ) 98-207 "J"
) "H" (5)

## MOTION FOR EARLY RELEASE FROM RESIDENTIAL RE-ENTRY CENTER

COMES NOW the Petitioner TREVOR WILLIAMS Pro Se, respectfully request this Honorable Court for Early Termination of the remainder of his Residential Re-entry Center time. (RRC)

Petitioner Williams has completed approximately half of his time in the RRC. Mr. Williams arrived to the Re-entry Center on December 15th, 2021. Since December 15th Mr. Williams has found gainful employment working construction since December. Petitioner is a model inmate adhering to the rules and regulations of the Re-Entry Center.

(1)

TENDERED FOR FILING
JUN 21 2022
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Mr. Williams has completed his time in the Bureau of Prisons, over twenty (20) years. Petitioner now respectfully request to be released to his home address and complete his probationary period of his sentence.

## CONCLUSION

Wherefore, Petitioner Williams respectfully request to be discharged from the RRC/halfway house to his residence to complete the probationary term of his sentence.

Respectfully Submitted
X *Trevor Williams*

TREVOR WILLIAMS
#01167-748
VOLUNTEERS OF AMERICA
2929 St. Anthony Ave.
New Orleans, LA 70122

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of the month of June 2022; I mailed one true and correct copy of a Motion For Early Release from the Residential Re-Entry Center first class postage, prepaid through the United States Postal Service (USPS) to the following:

Respectfully Submitted

X *Trevor* ~~Williams~~

TREVOR WILLIAMS
#01167-748
VOLUNTEERS OF AMERICA
2929 St. Anthony Ave.
New Orleans, LA 70122

TREVOR WILLIAMS
VOLUNTEERS OF AMERICA
2929 ST. ANTHONY AVE.
NEW ORLEANS, LA 70122

U.S. DISTRICT COURT
COURT CLERK
500 POYDRAS ST.
NEW ORLEANS, LA 70130

7013 3033 3315 0025

