U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   Jun 6 2025

CAROL L. MICHEL
CLERK

SP   Walk-In

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | CASE NO: 98-207 |
| VERSUS | JUDGE<br>Jane Triche Milazzo |
| TREVOR WILLIAMS<br>Defendant | |

## MOTION TO REDUCE FINE

NOW INTO COURT comes defendant Trevor Williams, pro se files this motion for a reduction of fine. On August 15, 2001 movant was sentenced to a term of imprisonment of 300 months, a $20,000 thousand dollar fine and $43,000 thousand dollar restitution. The restitution imposed has been satisfied. To date, because the movant participated in the BOP Financial Responsibility Program, the movant now owes a balance of $9,028.70. In the interest of justice and fairness, movant humbly request that this court reduce the remaining balance of his fine to $0, in light of this court's decision to reduce the remaining balances of all his codefendants fines. This fine has created a financial hardship and impedes movant's ability in reintegrating into society. See 3535 (B)(b) the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty or similar conduct:... For the foregoing reasons, because this court reduced all movant codefendants' fines, this court should do the same in this instance and provide movant with the same opportunity to reintegrate back into society without the financial burden of a $9,028.70 fine.

Prayer for Relief

*Mr. Trevor Williams*
*927 Gordon St.*
*New Orleans, La.*
*70117*

## CERTIFICATE OF SERVICE

I, Trevor Williams, do hereby certify under the penalty of perjury, 28 U.S.C. § 1746, that I have served a true and correct copy of the foregoing document, motion to reduce fine.

I have placed the material referenced above in a properly sealed envelope with first-class postage (stamp) affixed, and I addressed it to Kevin G. Boitman, Assistant United States Attorney, 650 Poydras Street, Suite 1600, New Orleans, Louisiana 70130.

Kevin G. Boitman
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130

Mr. Trevor Williams
927 Gordon St.
New Orleans, La. 70117

I, Trevor Williams, do hereby certify under the penalty of perjury, 28 U.S.C. § 1746, that I have served a true and correct copy of the foregoing document, motion to reduce fine.

    I have placed the material referenced above in a properly sealed envelope with first-class postage (stamp) affixed, and I addressed it to Kevin G. Boitman, Assistant United States Attorney, 650 Poydras Street, Suite 1600, New Orleans, Louisiana 70130.

Kevin G. Boitman
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130