UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA             CRIMINAL ACTION

VERSUS                               NO. 98-207

TREVOR WILLIAMS                      SECTION: "H"(5)

## ORDER

Before the Court is *pro se* Defendant Trevor Williams's Motion for Reduction of Fine (Doc. 1684) and the Government's opposition thereto (Doc. 1690). Defendant Williams was sentenced to a term of 300 months imprisonment and a fine of $20,000. In his Motion, he contends that all but $9,028.70 of his fine has been paid, and he asks this Court to reduce the remaining balance of his fine to $0. Williams notes that the Court granted similar relief to some of his co-defendants.[1] However, the fine reductions granted for Williams's co-defendants were not opposed by the Government and were made in conjunction with a sentencing reduction pursuant to Section 404 of the First Step Act. Here, the Government opposes the requested relief and correctly points out that this Court lacks jurisdiction to grant it. "The district court's jurisdiction to correct or modify a defendant's sentence is limited to those specific circumstances enumerated by Congress in 18 U.S.C. § 3582."[2]

---

[1] Docs. 1537, 1538.
[2] United States v. Garcia, 606 F.3d 209, 212 (5th Cir. 2010).

Defendant Williams has not identified how his request falls under any of the limited circumstances identified in § 3582.

Accordingly;

**IT IS ORDERED** that Defendant Williams's Motion for Reduction of Fines is **DENIED**.

New Orleans, Louisiana this 25th day of July, 2025.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**